# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN SMITH and JUDY CLARK,<br><br>    Defendants. | 2:17-cv-01545-APG-VCF<br>**ORDER** |

    Before the Court is *Unum Life Insurance Company of America v. Carolyn Smith and Judy Clark*, case number 2:17-cv-01545-APG-VCF.

    Under Local Rule 22-1, [i]n all interpleader actions, the plaintiff must file a motion requesting that the court set a scheduling conference. The motion must be filed within 30 days after the first defendant answers or otherwise appears.  Answer was filed on July 14, 2017.  (ECF No. 8).  Here, Plaintiff has not filed a motion requesting that the court set a scheduling conference.

    Accordingly,

    IT IS HEREBY ORDERED that a scheduling conference is scheduled for 1:00 PM, September 11, 2017, in Courtroom 3D.

    DATED this 5th day of September, 2017.

                             _____
                              CAM FERENBACH
                              UNITED STATES MAGISTRATE JUDGE