Anna M. Martin (Nevada Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP

316 California Avenue #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300

Attorneys for Plaintiff-in-Interpleader
UNUM LIFE INSURANCE COMPANY OF AMERICA

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

          SEP  7 2017

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN SMITH and JUDY CLARK<br><br>          Defendants. | Case No. 2:17-CV-01545-APG-VCF<br><br>**PLAINTIFF UNUM'S REQUEST TO ATTEND SCHEDULING CONFERENCE TELEPHONICALLY;** ~~[PROPOSED]~~ **ORDER** |

This Court has ordered a Scheduling Conference on September 11, 2017 (See Docket #13). Plaintiff Unum Life Insurance Company of America ("Unum") respectfully requests the Court to allow its representative to attend the conference telephonically.

                              Respectfully submitted,

DATED: September 7, 2017     By:   */s/ Anna M. Martin*
                                            ANNA M. MARTIN

                                         Attorneys for Plaintiff
                                         UNUM LIFE INSURANCE COMPANY OF
                                         AMERICA

**[PROPOSED] ORDER GRANTING UNUM'S REQUEST TO APPEAR TELEPHONICALLY**

Finding Timely Notice and Good Cause, This Court Hereby Grants Plaintiff Unum's Request To Appear Telephonically At The September 11, 2017 Scheduling Conference.

Date: 7th September 2017



The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Honorable Judge Cam Ferenbach

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT

I am employed in the County of Los Angeles I am over the age of eighteen years and not a party to the within entitled action. My business address is 1800 Wilshire Boulevard, Suite 500, Los Angeles, CA 90017,

On September 7, 2017 I served the foregoing document(s) described as *UNUM'S REQUEST TO APPEAR TELEPHONICALLY AT SEPTEMBER 11, 2017 SCHEDULING CONFERENCE; [PROPOSED] ORDER* on the interested party(ies) in this action as follows:

*See Attached Service List*

(X)   **ELECTRONIC SERVICE TO PARTIES - All parties represented by registered users of the Court's ECF system [L.R IC 4-1).**

( )

(X)   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2017 in Los Angeles, California.

/s/ *Kirk A. Simons*
Kirk A. Simons

## SERVICE LIST

| Thomas Stafford II<br>attorneystafford@gmail.com<br>LAW OFFICES OF THOMAS STAFFORD<br>512 South 8th Street<br>Las Vegas, NV 89101<br>Attorney for **Defendant Carolyn Smith** | David T. Blake<br>dave@clearcounsel.com<br>CLEAR COUNSEL LAW GROUP<br>50 S. Stephanie Street, Suite 101<br>Hendreson, NV 89012<br>Attorney for **Defendant Judy Clark** |