David T. Blake, Esq. (# 11059)
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
dave@clearcounsel.com
*Attorneys for Defendant Judy Clark*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Carolyn Smith and Judy Clark,<br><br>Defendants.<br><br>Judy Clark,<br><br>Cross-Claimant,<br><br>Carolyn Smith,<br><br>Cross-Defendant, | CASE NO. 2:17-cv-1545<br><br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING DISCOVERY CONFERENCE** |

Judy Clark, by and through her counsel of record, Clear Counsel Law Group, UNUM Life Insurance Company of America, by and through its counsel of record, Meserve, Mumper & Hughes, LLP, and Carolyn Smith, by and through her counsel of record, the Law Offices of Thomas Stafford hereby stipulate as follows:

WHEREAS, the parties have been in discussions and the matter is resolved.

WHEREAS, the parties have agreed that Unum will deposit the disputed funds with the Court and Unum will then be discharged from the litigation.

WHEREAS, the parties are finalizing the terms and preparing settlement documents

accordingly.

WHEREAS, the parties request the Court continue the September 11, 2017 scheduling conference for approximately one month, or the Court's first available date thereafter.

IT IS SO STIPULATED.

Dated: September 8, 2017      CLEAR COUNSEL LAW GROUP

By: /s/David T. Blake
David Blake, Esq.
50 S. Stephanie Street, Suite 101
Henderson, NV 89012
*Attorney for Defendant JUDY CLARK*

Dated: September 8, 2017      MESERVE MUMPER & HUGHES LLP

By: /s/Anna M. Martin
Anna M. Martin, Esq.
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
*Attorney for Plaintiff UNUM LIFE INSURANCE COMPANY OF AMERICA*

Dated: September 8, 2017      LAW OFFICES OF THOMAS STAFFORD

By: Thomas
Thomas Stafford
512 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Defendant CAROLYN SMITH*

**ORDER**

The September 11, 2017 scheduling conference is hereby continued to October 11, 2017 at 2:00 ~~a.m.~~/p.m.

IT IS SO ORDERED.

DATED: September 11, 2017

_____
Honorable Judge Cam Ferenbach

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900