David T. Blake, Esq. (# 11059)
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
dave@clearcounsel.com
*Attorneys for Defendant Judy Clark*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Carolyn Smith and Judy Clark,<br><br>　　　　　　Defendants.<br><br>Judy Clark,<br><br>　　　　　　Cross-Claimant,<br><br>Carolyn Smith,<br><br>　　　　　　Cross-Defendant, | CASE NO. 2:17-cv-1545<br><br>**STIPULATION AND ORDER RESCHEDULING DISCOVERY CONFERENCE** |

Judy Clark, by and through her counsel of record, Clear Counsel Law Group, UNUM Life Insurance Company of America, by and through its counsel of record, Meserve, Mumper & Hughes, LLP, and Carolyn Smith, by and through her counsel of record, the Law Offices of Thomas Stafford hereby stipulate as follows:

WHEREAS, the matter is resolved, and the parties are in the process of completing the final items as set forth in the settlement agreement.

WHEREAS, pursuant to the Court's order [Dkt#19], the life insurance proceeds at issue in this matter shall be deposited with the Clerk of the Court and UNUM is released and discharged

1

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

from any and all liability to each of the Defendants for the proceeds payable under UNUM's group policy number 116090.

WHEREAS, UNUM is preparing and processing the required internal documents to obtain the check.

WHEREAS, upon receipt of the check, UNUM will prepare a notarized certificate of deposit and submit to the Court.

WHEREAS, when the funds have been deposited with the Court, UNUM will file a Notice of Compliance.

WHEREAS, upon service of the Notice of Compliance, the parties will file a Stipulation and Order to Distribute the Funds and Dismiss with Prejudice.

WHEREAS, the parties request the Court continue the October 11, 2017 scheduling conference for approximately one month, or the Court's first available date thereafter, to complete the terms of the settlement.

IT IS SO STIPULATED.

Dated: October 11, 2017  CLEAR COUNSEL LAW GROUP

By: */s/David T. Blake*_____
David T. Blake, Esq.
50 S. Stephanie Street, Suite 101
Henderson, NV 89012
*Attorney for Defendant JUDY CLARK*

Dated: October 11, 2017  MESERVE MUMPER & HUGHES LLP

By:*/s/Anna M. Martin*_____
Anna M. Martin, Esq.
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
*Attorney for Plaintiff UNUM LIFE INSURANCE COMPANY OF AMERICA*

Dated: October 11, 2017  LAW OFFICES OF THOMAS STAFFORD

By:*/s/Thomas Stafford*_____
Thomas Stafford
512 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Defendant CAROLYN SMITH*

## **ORDER**

The October 11, 2017 scheduling conference is hereby continued to ____November 14_____, 2017 at ____10:00 AM____ , in Courtroom 3D.

IT IS SO ORDERED.

DATED: __10-11-2017_____

_____
Honorable Judge Cam Ferenbach

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Clear Counsel Law Group, and on the 11th day of October 2017, I caused a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER RESCHEDULING DISCOVERY CONFERENCE** to be served as follows:

[ ]  by depositing for mailing in the U.S. Mail at Las Vegas, Nevada, with first-class fully prepaid addressed to the parties below; and/or

[ X ]  via electronic mail to the parties below; and/or
*Thomas Stafford, Esq. -* attorneystafford@gmail.com

[ X ]  Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, electronically filed and served through the Court to all registered parties; and/or

[ ]  Other:

*/s/ K.A.Gentile*
An employee of Clear Counsel Law Group