1 David T. Blake, Esq. (# 11059)
CLEAR COUNSEL LAW GROUP
2 50 S. Stephanie Street, Suite 101
Henderson, Nevada 89012
3 Telephone: (702) 476-5900
Facsimile: (702) 924-0709
4 dave@clearcounsel.com
*Attorneys for Defendant Judy Clark*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Carolyn Smith and Judy Clark,<br><br>Defendants. | CASE NO. 2:17-cv-1545<br><br>**STIPULATION AND PROPOSED ORDER DISTRIBUTING FUNDS AND DISMISSING CASE WITH PREJUDICE** |
| Judy Clark,<br><br>Cross-Claimant,<br><br>Carolyn Smith,<br><br>Cross-Defendant, | |

Judy Clark, by and through her counsel of record, Clear Counsel Law Group, and Carolyn Smith, by and through her counsel of record, Law Offices of Thomas Stafford hereby stipulate as follows:

WHEREAS, the disputed UNUM policy proceeds have been deposited with the Court.

WHEREAS, the parties have reached settlement pursuant to which Defendant Judy Clark will receive $28,039.00 of the policy proceeds and Defendant Carolyn Smith will receive $37,040.00 of the policy proceeds.

IT IS HEREBY STIPULATED, by and among the parties, the Court shall distribute the policy proceeds as described herein and the above entitled action will be dismissed with prejudice, with each party to bear its own legal fees and costs. Further, the parties request that the scheduling conference currently scheduled November 14, 2017 at 10:00 a.m. be vacated.

IT IS SO STIPULATED.

Dated: October 31, 2017.　　　　　　　CLEAR COUNSEL LAW GROUP

By:*/s/David T. Blake*_____
David T. Blake, Esq. (#11059)
50 S. Stephanie Street, Suite 101
Henderson, NV 89012
*Attorney for Defendant JUDY CLARK*

Dated: October 31, 2017.　　　　　　　LAW OFFICES OF THOMAS STAFFORD

By:*/s/Thomas Stafford II*_____
Thomas Stafford, II Esq. (#7925)
512 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Defendant CAROLYN SMITH*

**ORDER**

The Court will distribute the policy proceeds as described herein by issuing a check in the amount of $37,040.00 to Defendant Carolyn Smith and a check in the amount of $28,039.00 to Defendant Judy Clark. Thereafter, the above-entitled action is hereby dismissed with prejudice and the scheduling conference currently scheduled November 14, 2017 at 10:00 a.m. is vacated.

IT IS SO ORDERED.

DATED: November 1, 2017

_____
UNITED STATES DISTRICT JUDGE

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Clear Counsel Law Group, and on the 31st day of October 2017, I caused a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO DISTRIBUTE FUNDS AND DISMISSING CASE WITH PREJUDICE** to be served as follows:

[  ]   by depositing for mailing in the U.S. Mail at Las Vegas, Nevada, with first-class fully prepaid addressed to the parties below; and/or

[ X ]   via electronic mail to the parties below; and/or
*Thomas Stafford, Esq.* -  attorneystafford@gmail.com

[ X ]   Pursuant to LR IC 4-1 of the United States District Court for the District of Nevada, electronically filed and served through the Court to all registered parties; and/or

[  ]   Other:

                                         /s/ K.A.Gentile
                                         An employee of Clear Counsel Law Group